limited; and, as thus modified, said order is affirmed, without costs.

KRUSE, J., not voting.

NATIONAL CONTRACTING CO., Respondent, v. HUDSON RIVER WATER POWER CO., Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by the National Contracting Company against the Hudson River Water Power Company. R. L. Hand, for appellant. L. L. Kellogg, for respondent.

PER CURIAM. Order modified by allowing the plaintiff to withdraw demurrer on payment of a trial fee, and the defendant's taxable disbursements of the trial, the costs and taxable disbursements of the appeal to this court from the judgment entered upon the report of the referee, $10 costs of opposing the motion, and the costs and disbursements of this appeal, and, as so modified, affirmed. Settle order on notice.

NATIONAL FIRE INS. CO., Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by the National Fire Insurance Company against Michael D. Murray. No opinion. Judgment unanimously affirmed, with costs.

NEHILL, Respondent, v. CRONIN, Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Mary J. Nehill against John H. Cronin. No opinion. Judgment affirmed, with costs.

NEWELL, Respondent, v. CLIFT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Leosa Newell against Frank D. Clift, as executor, etc. No opinion. Judgment affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Respondent, v. HOWARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by the New York Central & Hudson River Railroad Company against George A. Howard and others. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK MORTGAGE & SECURITY CO. v. CONCOURSE PARK HOTEL CO. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by the New York Mortgage & Security Company against the Concourse Park Hotel Company, Thompson B. Moore, and Edward L. Shea. No opinion. Judgment modified by striking out paragraph 5 thereof, and, as modified, affirmed, with costs to the plaintiff against the defendants (appellants).

In re NEW YORK & BROOKLYN BRIDGE (two cases). (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of the New York & Brooklyn Bridge. L. L. Delafield, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'CONNALL, Appellant, v. THOMPSON-STARRATT CO., Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Bernard O'Connall, as administrator, against the Thompson-Starratt Company. A. Ledwith, for appellant. J. Ford, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NEW YORK & KENTUCKY CO., Respondent, v. KNECHT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by the New York & Kentucky Company against Fred Knecht. No opinion. Order affirmed, with $10 costs and disbursements.

NUNNALLY et al. v. ROBINSON et al. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Francis Nunnally and others against Charles D. Robinson and others. No opinion. Motion denied, with $10 costs. Order filed.

O'BRIEN et al., Respondents, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Appeal from Trial Term. Action by John O'Brien and another against Edward R. Thomas and others. Defendants moved to dismiss the complaint for lack of prosecution and nonpayment of costs on withdrawal of a jury. From the order "that the said motion be, and the same is hereby, granted, with $10 costs, unless plaintiffs forthwith place this action on the October calendar," defendants appeal. Modified. Richard A. Irving, for appellants. John W. Browne, for respondents.

PER CURIAM. Order modified, so as to provide that the motion be granted, with $10 costs, unless the plaintiff shall forthwith place the cause upon the November calendar, and shall within five days pay $10 costs of motion and the costs and disbursements imposed by the order of this court entered March 10, 1905, modifying the order of the court at Trial Term, which granted plaintiff's motion to withdraw a juror, and, as so, modified, the order appealed from is affirmed, with $10 costs and disbursements to the appellants.

O'CONNOR, Appellant, v. NEW YORK TRANSP. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Sarah O'Connor, as administratrix, against the New York Transportation Company. T. J. O'Neill, for appellant. A. K. Wing, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OLDMIXON v. SEXAUER. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by John C. Oldmixon against Ernest Sexauer. No opinion. Motion denied, on payment of $10 costs; leave given as stated in order. Order filed.

O'MARA et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department.